IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION LAW LIBRARY,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　／ | 1:06-CV-00863-OWW-SMS-P<br><br>ORDER DISREGARDING MOTION<br><br>(Doc. 9) |

　　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 25, 2006, plaintiff filed a motion for appointment of counsel. Due to the fact that plaintiff's case was dismissed by this court on August 1, 2006, and plaintiff filed an appeal to the Court of Appeals for the Ninth Circuit on August 11, 2006, this motion is more properly brought before the Court of Appeals. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for appointment of counsel is DISREGARDED by this court.

IT IS SO ORDERED.

**Dated:   September 27, 2006**　　　　　　　　/s/ Sandra M. Snyder
b6edp0　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE